*Administrator v Lopatin*, 462 Mich 235 (2000). Jurisdiction is not retained.

*Rehearing Denied October 2, 2000:*

> SANDS APPLIANCE SERVICES, INC V WILSON, No. 113125. Reported *ante*, 231. CORRIGAN and YOUNG, JJ. We would grant rehearing.

*Orders Entered October 3, 2000:*

PROPOSED AMENDMENT OF MCR 2.302. On order of the Court, notice of the proposed changes and an opportunity for comment in writing and at a public hearing having been provided, and consideration having been given to the comments received, the Court is not persuaded that the proposed amendment of Rule 2.302 of the Michigan Court Rules should be made.

*Staff Comment:* The proposed amendment of MCR 2.302(B)(4)(a) would have eliminated subrule (iii), which says that further discovery regarding experts may be ordered "by other means." See 461 Mich 1289 (2000).

The staff comment is published only for the benefit of the bench and bar and is not an authoritative statement by the Court.

PROPOSED AMENDMENT OF MCR 2.625. On order of the Court, this is to advise that the Court is considering an amendment of Rule 2.625 of the Michigan Court Rules. Before determining whether the proposal should be adopted, changed before adoption, or rejected, this notice is given to afford any interested person the opportunity to comment on the form or the merits of the proposal. We welcome the views of all who wish to address the proposal or who wish to suggest alternatives. Before adoption or rejection, this proposal will be considered at a public hearing by the Court. The Clerk of the Court will publish a schedule of future public hearings.

As whenever this Court publishes an administrative proposal for comment, we emphasize that publication of this proposal does not mean that the Court will issue an order on the subject, nor does it imply probable adoption of the proposal in its present form.

[The present language would be amended as indicated below:]

RULE 2.625. TAXATION OF COSTS.

(A)-(E) [Unchanged.]

(F) Procedure for Taxing Costs.

(1) Costs may be taxed by the court on signing the judgment, or may be taxed by the clerk as provided in this subrule.

(2) When costs are to be taxed by the clerk, the party entitled to costs must, within 28 days after the judgment is signed, or within 28 days after entry of an order denying a motion for new trial , a motion ~~or~~ to set aside the judgment, or a motion for other postjudgment relief, present to the clerk